**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN HIGGINS,                          ) Case No. CV 15-9614-ODW (JPR)
                                           )
                    Petitioner,            )
                                           )                **J U D G M E N T**
              v.                           )
                                           )
WILLIAM L. MUNIZ, Warden,                  )
                                           )
                    Respondent.            )
_____           )


       Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

       IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: March 23, 2017        _____
                             OTIS D. WRIGHT, II
                             U.S. DISTRICT JUDGE